IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GEORGIA DENTON                                                        PLAINTIFF


        v.                              CIVIL NO.10-5120


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                       DEFENDANT


**MEMORANDUM OPINION**

Plaintiff, Georgia G. Denton, filed this action on July 2, 2010, seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) pursuant to 42 U.S.C. § 405(g).  (Doc. 1).  On December 9, 2010, Defendant filed an unopposed motion requesting Plaintiff's case be remanded for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g), so that the Appeals Council can locate the missing claim file in this case. (Doc. 9).

Pursuant to sentence six of 42 U.S.C. § 405(g), a district court may remand a social security case when the Commissioner, for good cause, requests remand to take further administrative action before filing an Answer to the complaint.  42 U.S.C. §405(g); Shalala v. Schaefer, 509 U.S. 292 (1993).  Here, we find good cause exists to support Defendant's request for remand.

Based on the foregoing, we find remand appropriate and grant the Commissioner's motion to remand this case to the Commissioner for further administrative action pursuant to

sentence six of section 42 U.S.C. § 405(g)

DATED this 10th day of December 2010

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

-2-